# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MY90 | 9297146 | MANNING | 041 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 02/07/2021 1425 | MTA 22-412.2(d) |

**Place of Offense**
S/B EDMONSTON RD S/O POWDER MILL RD

**Offense Description: Factual Basis for Charge** — HAZMAT ☐
FAILURE TO SECURE CHILD UNDER AGE 8 IN CHILD SAFETY SEAT WHEN TRANSPORTING IN MOTOR VEHICLE

### DEFENDANT INFORMATION

Last Name: CARR
First: MALEYICA

Tag No: 9604166  State: TX  Year: 06  Make/Model: CHRY/SEBR  Color: GRAY

**APPEARANCE IS REQUIRED**
☒ A If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
☐ B If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ___ Forfeiture Amount
+ $30 Processing Fee
$ ___ Total Collateral Due

PAY THIS AMOUNT AT — MA
www.cvb.uscourts.gov

### YOUR COURT DATE
Court Address: ___
Date: TBD
Time: ___

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9297146*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident